```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
THE TRAVELERS INDEMNITY COMPANY OF
AMERICA,

                    Plaintiff,

        -against-                                   REFERRAL ORDER
                                                    15-CV-4256(JS)(AKT)
REHAB ALTERNATIVES PLLC,

                    Defendant.
----------------------------------------X
REHAB ALTERNATIVES, PLLC,

        Third-Party Plaintiff,

        -against-

DMAS LIFE AND HEALTH INSURANCE
AGENCY, INC. and GARY APPLEBAUM,

        Third-Party Defendants.
----------------------------------------X
APPEARANCES
For Plaintiff:      Thomas A. Martin, Esq.
                    Putney, Twombly, Hall & Hirson, LLP
                    521 Fifth Avenue, 10th Floor
                    New York, NY 10175

For Defendant:      Keith H. Richman, Esq.
                    Seth Alan Levine, Esq.
                    Richman & Levine, P.C.
                    666 Old Country Road
                    Garden City, NY 11530

For Third-Party
Defendants:         Lloyd J. Herman, Esq.
                    D'Amato & Lynch
                    70 Pine Street, 42nd Floor
                    New York, NY 10270
```

SEYBERT, District Judge:

Defendant-Third-Party Plaintiff Rehab Alternatives, PLLC's motion to amend the Third-Party Complaint (Docket Entry 37) is HEREBY REFERRED to Magistrate Judge A. Kathleen Tomlinson pursuant to Rule 72(a) of the Federal Rules of Civil Procedure for DECISION. See Fielding v. Tollaksen, 510 F.3d 175, 178 (2d Cir. 2007) ("As a matter of case management, a district judge may refer nondispositive motions, such as a motion to amend the complaint, to a magistrate judge for decision without the parties' consent."); Dollar Phone Corp. v. St. Paul Fire, No. 09-CV-1640, 2011 WL 837793, at *1 (E.D.N.Y. Mar. 4, 2011) (collecting cases). The parties are directed to address all future filings related to this motion to Judge Tomlinson.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: April  6 , 2016
       Central Islip, New York